UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JAMES R. HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-2210 |
| ) | |
| JAT TRUCKING OF ILLINOIS, INC., ) | |
| d/b/a JAT TRANSPORTATION, et al., ) | |
| ) | |
| Defendant. ) | |

### ORDER

The Magistrate Judge filed two Reports and Recommendations (#20, #21) in the above cause on February 28, 2008. In the Reports and Recommendations, the Magistrate Judge recommends that the Motion to Dismiss filed by Defendants Gayle Frerichs and Gayle Frerichs Trucking, LLC (#11) and the Motion to Dismiss filed by Defendants Order Logistics, Inc., Brian Griffin, Brian Malec, and Paul McCreary (#15) be DENIED. More than ten (10) days have elapsed since the filing of the Recommendations and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendations of the Magistrate Judge are, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED:

(1) The Motion to Dismiss filed by Defendants Gayle Frerichs and Gayle Frerichs Trucking, LLC (#11) is DENIED.

(2) The Motion to Dismiss filed by Defendants Order Logistics, Inc., Brian Griffin, Brian Malec, and Paul McCreary (#15) is DENIED.

(3) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 24th day of March, 2008

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE