# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

_____

| | |
|---|---|
| JAMES R. HARRIS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 07-2210 |
| JAT TRUCKING OF ILLINOIS, INC., doing business as JAT Transportation, et al., | ) |
| Defendants. | ) |

## OPINION

A Report and Recommendation (#43) was filed by the Magistrate Judge in the above cause on June 4, 2008.  More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made.  See 28 U.S.C. § 636(b)(1).  The Recommendation of the Magistrate Judge is, therefore, accepted by the court.  See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED:

(1) Defendant Personal Care Insurance of Illinois, Inc.'s Motion to Dismiss (#31) is GRANTED.

(2) Count XI of Plaintiff's original Complaint is dismissed without prejudice.  The court notes Plaintiff filed an Amended Complaint (#44) on June 18, 2008.

(3) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 23rd day of June, 2008

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF JUDGE