UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

---

| | |
|---|---|
| **JAMES R. HARRIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | **Case No. 07-CV-2210** |
| ) | |
| **JAT TRUCKING OF ILLINOIS, INC.,** ) | |
| **doing business as JAT Transportation, et. al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

A Report and Recommendation (#88) was filed by Magistrate Judge David G. Bernthal in the above cause on June 24, 2009. On July 6, 2009, Defendant, JAT Trucking of Illinois, Inc., d/b/a JAT Transportation, filed its Objection to Report and Recommendation (#89).  Following this court's careful de novo review of the Magistrate Judge's reasoning and Defendant's Objection, this court agrees with and accepts the Magistrate Judge's Report and Recommendation (#88).  This court agrees that Defendant's Motion to Dismiss (#88) should be GRANTED in part and DENIED in part.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#88) is accepted by this court.

(2) Defendant's Motion to Dismiss (#66) is GRANTED in part and DENIED in part. The motion is GRANTED as to Counts I, VI, VII, and VIII. The motion is DENIED as to Counts IV and V. Counts I, VI, VII, and VIII are DISMISSED. Also, as to Count I, Plaintiff is given 14 days from the date of this order to amend his complaint to state a claim.

(3) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 24th day of July, 2009.

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE